UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | SA-22-CR-00366-OLG-02 |
| § | |
| v. § | |
| § | |
| FELIPE ORDUNA-TORRES (2), § | |
|     aka CHOLO § | |
|     aka CHUEQUITO/CHUEKITO § | |
|     aka NEGRO § | |
| § | |
| Defendant. § | |

**GOVERNMENT'S EXHIBIT LIST FOR DEFENDANT ORDUNA-TORRES' MOTION TO SUPPRESS CONFESSION**

COMES NOW, the United States of America, and hereby files its proposed Exhibit List in preparation for Defendant's Motion to Suppress commencing on Monday, September 30th, 2024, at 10 a.m. before Judge Bemporad.

| | |
|---|---|
| Exhibit 1 | Video – Felipe Orduna-Torres' Interview – Part 1 |
| Exhibit 1-A | Translation – Spanish to English Translation of Interview – Part 1 |
| Exhibit 2 | Video – Felipe Orduna-Torres' Interview – Part 2 |
| Exhibit 2-A | Translation – Spanish to English Translation of Interview – Part 2 |
| Exhibit 3 | Video – Felipe Orduna-Torres' Interview – Part 3 |
| Exhibit 3-A | Translation – Spanish to English Translation of Interview – Part 3 |
| Exhibit 4 | Video – Felipe Orduna-Torres' Interview – Part 4 |
| Exhibit 4-A | Translation – Spanish to English Translation of Interview – Part 4 |

| Exhibit 5 | Video – Felipe Orduna-Torres' Interview – Part 5 |
| --- | --- |
| Exhibit 5-A | Translation – Spanish to English Translation of Interview – Part 5 |
| Exhibit 6 | Video – Felipe Orduna-Torres' Interview – Part 6 |
| Exhibit 6-A | Translation – Spanish to English Translation of Interview – Part 6 |
| Exhibit 7 | Document – Spanish *Miranda* Waiver Form |
| Exhibit 8 | Document – Spanish Consent to Search Cellular Phone Form |

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

    /s/
SARAH SPEARS
Assistant United States Attorney
Texas State Bar No. 24117197
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I e-mailed notification of such filing to the parties of record.

    /s/
SARAH SPEARS
Assistant United States Attorney