**FILED**

September 30, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
MAM
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:22-CR-00366(4)-OLG |
| | § | |
| (4) FELIPE ORDUNA-TORRES | § | |

## LIST OF WITNESSES
## SUPPRESSION HEARING

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1.    Manuel Mendoza, Homeland Security Investigations | 1.    Felipe Orduna-Torres |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |