UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | Case No: SA-22-00366-OLG |
| v. | § § § | |
| (4) FELIPE ORDUNA-TORRES, (7) ARMANDO GNZALES-ORTEGA, | § § § § | |
| Defendants. | § | |

### GOVERNMENT'S OBJECTIONS TO DEFENSE EXHIBITS

TO THE HONORABLE DISTRICT JUDGE ORLANDO GARCIA:

The United States of America hereby files its Objections to Defense Exhibits, and states:

In its Order Regarding PreTrial Matters (Doc. 331), this Court ordered the parties to file on or before Monday, February 24, 2025:

(1) a "list disclosing any objections—and written explanation of the ground therefore—to the admissibility of exhibits. Any objections not disclosed by [then]—except for objections under Rules 402 and 403—shall be deemed waived unless permitted by the Court for good cause shown.

(2) A list disclosing any anticipated objections—and written explanation of the grounds therefore—to witness testimony."

### A. Objections to Proposed Exhibits

The United States hereby objects to the following proposed exhibits and sets forth its reasons for the objection:

| | | |
|---|---|---|
| 1 | Permanent Resident Card | No objection |
| 2 | Demonstrative Burden of Proof Chart | F.R.E. 402, 403, 901, Confusing, Argumentative |
| 3 | Demonstrative Defenses to Conspiracy | F.R.E. 402, 403, Confusing |

1

| | | |
|---|---|---|
| 4 | Demonstrative The Conspiracy | F.R.E. 901 |
| 5 | Demonstrative Familia | F.R.E. 402, 403, 901 |
| 6 | Demonstrative Family 1 | F.R.E. 402, 403, 901 |
| 7 | Demonstrative Family 2 | F.R.E. 402, 403, 901 |
| 8 | Demonstrative Family 3 | F.R.E. 402, 403, 901 |
| 9 | Demonstrative Family 4 | F.R.E. 402, 403, 901 |
| 10 | Demonstrative Family 5 | F.R.E. 402, 403, 901 |
| 11 | Demonstrative Family 6 | F.R.E. 402, 403, 901 |
| 12 | Orduna and Daughter | F.R.E. 402, 403, 901 |
| 13 | Orduna and Daughter 2 | F.R.E. 402, 403, 901 |
| 14 | Orduna's Family | F.R.E. 402, 403, 901 |
| 15 | Orduna's Small Family | F.R.E. 402, 403, 901 |
| 16 | Ortega and Daughter | F.R.E. 402, 403, 901 |
| 17 | Ortega and Family | F.R.E. 402, 403, 901 |
| 18 | Ortega and Granddaughter | F.R.E. 402, 403, 901 |
| 19 | Ortega and Granddaughter | F.R.E. 402, 403, 901 |
| 20 | Ortega's Daughter | F.R.E. 402, 403, 901 |

**B. Objections to Witness Testimony**

To date, Defendants have not notified the United States of any witnesses or expert witnesses it intends to call. The United States therefore objects to any defense expert witnesses without good cause being first found by the Court.

Respectfully submitted,

MARGARET F. LEACHMAN
Acting United States Attorney


_____/s/_____.
ERIC J. FUCHS
Assistant United States Attorney
Texas Bar No. 24059785
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7445


_____/s/_____.
SARAH SPEARS
Assistant United States Attorney
Texas State Bar No. 24117197
601 NW Loop 410, Suite 600
San Antonio, Texas 78216


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to the parties of record via the CM/ECF filing system.

_____/s/_____.
ERIC J. FUCHS
Assistant United States Attorney