**FILED**

February 24, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | SA-22-CR-366-OLG |
| Plaintiff, | § § | |
| v. | § § | |
| (4) FELIPE ORDUNA-TORRES, | § § | |
| (7) ARMANDO GONZALES-ORTEGA, | § § | |
| Defendants. | § § | |

_____

**ORDER GRANTING GOVERNMENT'S MOTION TO USE
PORTABLE LECTERN AND TELEVISION DURING
OPENING STATEMENTS AND/OR CLOSING ARGUMENTS**

_____

The Government's unopposed request that the parties be permitted to utilize a portable

lectern during opening statements and closing arguments, and a large television during closing

arguments, is hereby **GRANTED**.

ORDERED this _____ day of February, 2025.

_____
HONORABLE ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE